

**NUMBER 13-16-00439-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**FABIAN IGNACIO FAZ FLORES,**                                    **APPELLANT,**

v.

**THE STATE OF TEXAS,**                                    **APPELLEE.**

---

On appeal from the 93rd District Court
of Hidalgo County, Texas.

---

# ORDER TO FILE APPELLATE BRIEF

**Before Justices Rodriguez, Benavides, and Longoria
Order Per Curiam**

This cause is currently before the Court on appellant's fifth motion for extension of time to file the brief. The reporter's record was filed on March 20, 2017, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). The trial court issued an order substituting retained counsel for appellant on April 3, 2017.

This Court has previously granted appellant four extensions of time totaling 222 days to file the brief, and appellant now seeks an additional 30 days, until December 31, 2017, to file the brief.

The Court GRANTS appellant's fifth motion for extension to file the brief and ORDERS the Honorable Joseph A. Connors III to file the brief on or before January 2, 2018. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
12th day of December, 2017.